1  JORDAN ETH (BAR NO. 121617)
   JEth@mofo.com
2  JUDSON E. LOBDELL (BAR NO. 146041)
   JLobdell@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, California  94105-2482
   Telephone:   415.268.7000
5  Facsimile:   415.268.7522

6  Attorneys for Defendants
   MARRONE BIO INNOVATIONS, INC., PAMELA G.
7  MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD,

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SSUCHIA CHEN, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MARRONE BIO INNOVATIONS, INC., PAMELA G. MARRONE, DONALD J. GLIDEWELL, and JAMES B. BOYD<br><br>Defendants. | Case No.   2:14-cv-02105-TLN-EFB<br><br>**STIPULATION AND ORDER DEFERRING DEADLINES TO RESPOND TO THE COMPLAINT**<br><br>Judge:       Hon. Troy L. Nunley<br>Date Filed:  Sept. 5, 2014<br>Trial Date:  None Set |

1       Pursuant to Civil Local Rule 144 and Federal Rule of Civil Procedure 6, the parties hereby

2 stipulate, subject to the Court's approval, as follows:

3       WHEREAS, this securities class action lawsuit was instituted in this district on

4 September 11, 2014, on behalf of all persons who purchased or otherwise acquired the publicly

5 traded securities of Marrone Bio Innovations, Inc. ("Marrone") between March 7, 2014, and

6 September 2, 2014;

7       WHEREAS, this securities class action lawsuit is governed by the Private Securities

8 Litigation Reform Act of 1995, 15 U.S.C. § 78u-4 *et seq.* (the "Reform Act");

9       WHEREAS, a lead plaintiff has not yet been appointed pursuant to 15 U.S.C.

10 § 78u-4(a)(3)(B) of the Reform Act;

11       WHEREAS, the Court issued an Order Requiring Joint Status Report on September 11,

12 2014 (Dkt. No. 2) setting deadlines for the parties' conference pursuant to Fed. R. Civ. P. 26(f);

13       WHEREAS, counsel for the parties have met and conferred and agreed that the due date

14 for defendants' responses to the complaint and the filing of a joint status report should be deferred

15 until a lead plaintiff is appointed;

16       WHEREAS, the agreed-upon extension is not for the purpose of delay, promotes judicial

17 efficiency, and will not cause prejudice to either party;

18       WHEREAS, no previous extension of this deadline has been sought;

19       NOW, THEREFORE, in the interest of judicial economy and good cause showing, the

20 parties, by and through their undersigned counsel of record, hereby agree and stipulate, and the

21 Court hereby orders, as follows:

22       1.  Without prejudice to any parties' right to seek interim relief, Defendants shall have no

23 obligation to answer or otherwise respond to the complaint until after the Court appoints a lead

24 plaintiff and lead counsel pursuant to the provisions of the Reform Act.

25       2.  Defendants will meet and confer with the court-appointed lead counsel within twenty

26 (20) days following the appointment of a lead plaintiff and lead counsel to (a) confirm whether

27 the lead plaintiff will file a new complaint that supersedes all previously filed complaints or deem

28 the existing complaint operative; (b) establish a common response date for all defendants,

1  including a briefing schedule on defendants' anticipated motions to dismiss and (c) establish a

2  date to provide the Court with the Joint Status report as set forth in the Order of September 11,

3  2014.

4  Dated: October 28, 2014

                        MORRISON & FOERSTER LLP

                        By:       /s/ *Judson E. Lobdell*
                              Judson E. Lobdell

                        JORDAN ETH
                        JUDSON E. LOBDELL
                        Morrison & Foerster LLP
                        425 Market Street
                        San Francisco, California  94105-2482
                        Telephone: 415.268.7000
                        Facsimile: 415.268.7522

                        Attorneys for Defendants
                        MARRONE BIO INNOVATIONS, INC.,
                        PAMELA G. MARRONE, DONALD J.
                        GLIDEWELL and JAMES B. BOYD


                        GLANCY BINKOW & GOLDBERG LLP
                        By:  /s/ *Robert V. Prongay* as authorized on
                             10/24/2014
                              Robert V. Prongay

                        GLANCY BINKOW & GOLDBERG LLP
                        Lionel Z. Glancy
                        Michael Goldberg
                        Robert V. Prongay
                        1925 Century Park East, Suite 2100
                        Los Angeles, CA 90067
                        Telephone: (310) 201-9150
                        Facsimile: (310) 201-9160

                        Attorneys for Plaintiff
                        SSUCHIA CHEN

**ORDER**

Pursuant to the stipulation, it is SO ORDERED.

Dated:  October 30, 2014

_____
Troy L. Nunley
United States District Judge